IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| SHANNON QUADE, Individually and as Mother and Next Friend of G.M. | * | |
| | * | |
| Plaintiff | | |
| v. | * | Civil No. 8:19-cv-02292-TDC |
| EVAN CROFT, et al | * | |
| Defendants | * | |

**********************************************************************

## JOINT STATUS REPORT

Pursuant to the Scheduling Order in the above referenced matter, both parties submit the following Joint Status Report:

**1.   Discovery:**

Discovery is complete with the exception of any expert discovery.

**2.   Pending Motions:**

No pending motions at this time.

**3.   Dispositive Pre-Trial Motion:**

Parties do not intend on filing any pretrial motions but reserve the right to file dispositive motions prior to trial.

**4.   Trial:**

Both parties believe this trial will take 2 days and the case is to be tried by a jury.

**5.   Certification of Settlement Negotiations:**

The parties have not had successful settlement discussions.

**6.     Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or ADR conference.**

The parties are agreeable to a settlement conference.

**7.     Consent to Magistrate Judge.**

The parties have already consented to have a United States Magistrate Judge conduct all further proceedings in this case.

**8.     Other Matters:**

Plaintiff would agree to place this case into binding arbitration.

| | |
|---|---|
| */s/ Mark Rosasco* | */s/ Christopher R. Dunn* |
| Mark Rosasco (07470) | Christopher R. Dunn (05278) |
| HYATT & WEBER, P.A. | DeCaro, Doran, Siciliano, Gallagher |
| 200 Westgate Circle, Suite 500 | & DeBlasis, LLP |
| Annapolis, Maryland 21401 | 17251 Melford Boulevard, Suite 200 |
| Telephone:  (410) 266-0626 | Bowie, Maryland 20715 |
| Facsimile:  (410) 841-5065 | Telephone: (301) 352-4950 |
| Email:        mrosasco@hwlaw.com | Facsimile:  (301) 352-8691 |
| *Attorneys for Plaintiff* | Email:  Cdunn@decarodoran.com |
| | *Attorneys for Defendant* |